## AMERICAN BANKING & TRUST COMPANY V. LYNCH.

### (Opinion filed September 2, 1899.)

Appeal from circuit court, Beadle county.    Hon. A. W. CAMPBELL, Judge.

Action by the American Banking & Trust Company against J. W. Lynch.    From a judgment for plaintiff, defendant appeals.    Affirmed.

Memorandum opinion.

*E. H Aplin, T. H. Null,* and *W. A. Lynch,* for appellant.

*A. W. Burt, Ralph Coshun,* and *L. C. Kemp,* for respondent.

HANEY, J.    After a re-examination of the issues involved in this action, we discover no reason for modifying the views expressed in our former opinion.    Trust Co. v. Lynch, 10 S. D. 410, 73 N. W. 908.    Content with the conclusions then announced, the judgment of the circuit court is affirmed.